UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ALLEN PASTURES,                      :
                                     :
                Plaintiff,           :      11 Civ. 2364 (JSR)(RLE)
                                     :
                -v-                  :           ORDER
                                     :
ALLIED BARTON SECURITY SERVICES,     :
                                     :
                Defendant.           :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        On May 24, 2011, the Honorable Ronald L. Ellis, United States

Magistrate Judge, issued a Report and Recommendation in the above-

captioned matter recommending the denial of plaintiff's motion to

remand this case to state court.

        Plaintiff has failed to file any objection to the Report and

Recommendation, and, for that reason alone, has waived any right to

review by this Court.  See Thomas v. Arn, 474 U.S. 140, 147-48 (1985);

Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002);

Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162,

174 (2d Cir. 2000).  Accordingly, the Court hereby adopts the Report

and Recommendation, and, for the reasons therein, denies plaintiff's

motion to remand the case to state court.

        SO ORDERED.

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 17, 2012

