UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ALLEN PASTURES,                      :
                                     :
                Plaintiff,           :        11 Civ. 2364 (JSR)
                                     :
            -v-                      :             ORDER
                                     :
ALLIEDBARTON SECURITY SERVICES,      :
                                     :
                Defendant.           :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        On August 30, 2012, the Honorable Ronald L. Ellis, United

States Magistrate Judge, issued a Report and Recommendation in the

above-captioned matter recommending the dismissal of Allen Pastures'

complaint for failure to prosecute pursuant to Rule 41(b) of the

Federal Rules of Civil Procedure.

        Pastures has failed to file any objection to the Report and

Recommendation, and, for that reason alone, has waived any right to

review by this Court.  See Thomas v. Arn, 474 U.S. 140, 147-48 (1985);

Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002);

Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162,

174 (2d Cir. 2000).  Accordingly, the Court hereby adopts the Report

and Recommendation, and, for the reasons therein, dismisses Pastures'

complaint without prejudice.  Clerk to enter judgment.

        SO ORDERED.

                                     _____
                                          JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 17, 2012